# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LONG,<br><br>  Plaintiff,<br>vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>  Defendant. | CASE NO. 01cv1606 BTM (AJB)<br><br>**ORDER RE: COUNSEL'S MOTION FOR RELIEF FROM PRIOR JUDGMENT [Doc. #40]** |

On October 17, 2006, this Court, *sua sponte*, issued an order indicating its willingness to entertain a motion under Fed. R. Civ. P. 60(b) for relief from its earlier judgment in this case denying the request of Plaintiff's counsel, Young Cho ("Counsel"), for an award of attorney fees pursuant to 42 U.S.C. § 406(b). If Counsel wished to present such a motion to this Court, he was directed to first move the Ninth Circuit for a remand of this case. Counsel requested and was granted a limited remand and he then filed the present motion pursuant to Rule 60(b).

Counsel has requested $10,700 in fees for his representation before this Court. This amount, when added to the $5,300 he received for his work in administrative proceedings, yields a total requested fee of $16,000. According to Counsel, this figure represents 25% of the approximately $64,000 in past-due benefits that were awarded to his client. However, the Court has been unable to locate any award notice from the Social Security Administration indicating the total past-due benefits that were ultimately awarded to Plaintiff Long.

1 | Accordingly, Counsel is hereby requested to file a supplemental declaration indicating the total past-due benefits awarded to his client and attaching an award notice evidencing that figure. The supplemental declaration shall be filed on or before June 4, 2007.

**IT IS SO ORDERED.**

DATED: May 22, 2007

_____
Hon. Barry Ted Moskowitz
United States District Judge